1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant MOLINA-MARTINEZ

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )
                                      )   No.  CR 07-00616 SBA
12                Plaintiff,          )
                                      )
13        v.                          )   STIPULATION AND ORDER
                                      )   CONTINUING ADMISSION ON
14                                    )   SUPERVISED RELEASE HEARING
                                      )   DATE
15 AMAURI MOLINA-MARTINEZ,            )
                                      )
16                Defendant.          )

17

18                            **STIPULATION**

19

20        IT IS HEREBY STIPULATED, by and between the parties to this action, that the admission

21 and disposition on the supervised release hearing in this case with respect to Amauri Molina-

22 Martinez, currently scheduled for Friday, February 3, 2012 at 10:00 a.m., before Honorable Saundra

23 Brown Armstrong, may be continued to Thursday, February 23, 2012, at 10:00 a.m. for admission

24 and disposition so that it can be held at the same time as the change of plea and sentencing in related

25 case CR 11-00806 SBA.  It is anticipated that the two matters would be heard and resolved together.

26

DATED: 2/01/12                    _____/s/_____
                                  JOYCE LEAVITT
                                  Assistant Federal Public Defender


DATED: 2/01/12                    _____/s/_____
                                  JENNIFER GASPAR
                                  Special Assistant United States Attorney


    I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.


## ORDER

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the admission and disposition in this case with respect to Amauri Molina-Martinez, currently scheduled for Friday, February 3, 2012 at 10:00 a.m., before Honorable Saundra Brown Armstrong, is hereby continued to Thursday, February 23, 2012, at 10:00 a.m. for admission and disposition.

    SO ORDERED.


DATED: 2/3/12
                                  _____
                                  HON. SAUNDRA BROWN ARMSTRONG
                                  United States District Judge